**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 2026-cv-1950-KAS**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

STATE OF COLORADO, and
COLORADO DEPARMENT OF PUBLIC SAFETY,

     Defendants.

---

**NOTICE OF RELATED CASE**

---

Plaintiff respectfully submits the following Notice of Related Case. *United States v. City and County of Denver*, Case No. 2026-cv-1929-TPO, currently pending in this Court appears to fall within the definition of "related case" in D.C.COLO.LCivR 3.2(b). It has common facts and claims and a common party with this case, and these cases were filed on successive days by the same attorney.

DATED: May 11, 2026

Respectfully submitted:

HARMEET K.  DHILLON
Assistant Attorney General
Civil Rights Division

JESUS OSETE
Principal Deputy Assistant Attorney General

R.  JONAS GEISSLER
Deputy Assistant Attorney General

*/s/ Barry K. Arrington*
BARRY K. ARRINGTON
Acting Chief

Second Amendment Section

WILLIAM J.  HANRAHAN
PATRICK TODD
Trial Attorneys
Second Amendment Section

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
Telephone:(202) 304-8447
E-Mail: barry.arrington@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA