## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01950-KAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STATE OF COLORADO, and
COLORADO DEPARTMENT OF PUBLIC SAFETY.

      Defendants.

---

### ENTRY OF APPEARANCE

---

Peter G. Baumann hereby enters his appearance on behalf of Defendants State of Colorado and the Colorado Department of Public Safety. Mr. Baumann is a member in good standing of the bar of this Court. All parties shall copy all pleadings, motion, and briefs filed with the Court to the undersigned Peter G. Baumann, Senior Assistant Attorney General.

Respectfully submitted this 1st day of June, 2026,

PHILIP J. WEISER
Attorney General

/s/ Peter G. Baumann

*Peter G. Baumann*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
Telephone:  720.508.6000
Email: peter.baumann@coag.gov

*Attorneys for Defendants*