**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. __1:26__ -cv- __01950__ - __KAS__

__UNITED STATES OF AMERICA,__ ,

  Plaintiff(s),

v.

__STATE OF COLORADO, COLORADO DEPARTMENT OF PUBLIC SAFETY,__ ,

  Defendant(s).

---

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

---

Under 28 U.S.C. § 636(c) and

(1) D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2) Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3) D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

__☐__ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

__☑__ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Barry K. Arrington
_____
Printed name

/s Barry K. Arrington
_____
Signature

United States of America
_____
Party represented

6/1/2026
_____
Date

Peter G. Baumann
_____
Printed name

/s Peter G. Baumann
_____
Signature

State of Colorado
_____
Party represented

6/1/2026
_____
Date

Peter G. Baumann
_____
Printed name

/s Peter G. Baumann
_____
Signature

Colorado Department of Public Safety
_____
Party represented

6/1/2026
_____
Date

**NOTE:** You are directed to confer with all parties in this action and execute and file with the Court this Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of (1) no later than seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint. All parties must either consent to the exercise of magistrate judge jurisdiction, or any party may decline to consent. In either event, **filing of the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction is mandatory**, indicating either the unanimous consent of the parties or that at least one party has declined to consent.