## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01950-KAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STATE OF COLORADO, and
COLORADO DEPARTMENT OF PUBLIC SAFETY.

      Defendants.

---

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME
## TO RESPOND TO THE COMPLAINT AND FOR SCHEDULING CONFERENCE

---

Defendants the State of Colorado and the Colorado Department of Public Safety respectfully request a 21-day extension of time to respond to the Complaint, and a similar 21-day extension of time for the Scheduling Conference and all related deadlines. As good cause, Defendants state:

1.      Consistent with D.C.COLO.LCivR 7.1, Defendants conferred with counsel for the Plaintiff concerning the relief requested in this motion. Plaintiff's counsel indicated that Plaintiff does not oppose the requested relief.

2.      Plaintiff filed this action on May 6, 2026, (ECF No. 1), but did not serve the Defendants until May 18, 2026, (ECF Nos. 13, 14). Responsive pleadings are currently due on June 8, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). The Court has also set a Scheduling Conference for August 6, 2026. (ECF No. 7).

3.      The Complaint employs a novel use of 34 U.S.C. § 12601 to challenge a state law that was enacted in 2013 and has been in effect since then. *See* Colo. Rev. Stat. § 18-12-302. The Complaint does not seek preliminary relief.

4.      Defendants respectfully request a 21-day extension of time to respond to the Complaint (ECF No. 1), and a similar 21-day extension applied to the Scheduling Conference and all related deadlines.

5.      Undersigned counsel has several personal and professional obligations over the next few weeks that necessitate such an extension. These include a responsive pleading deadline in *Oak Point Partners v. Colo. Dep't of the Treasury et al.*, No. 2026CV31260 (Denver District Court), in which an extension has already been granted, and multiple statutory deadlines in mandatory administrative proceedings before the Colorado Secretary of State's Administrative Hearing Officer for which no extensions are permitted.

6.      In addition, undersigned counsel represents the Colorado Secretary of State in election matters. Ballots have already been distributed to military and overseas voters for the June 30, 2026 primary election and ballots will be distributed to active, registered voters on June 8, 2026. It is likely undesigned counsel will be engaged in multiple matters related to the June 30, 2026 primary election during the first two weeks of June.

7.      Finally, counsel is scheduled to be out of the office from June 5, 2026, through June 8, 2026, on longstanding personal travel.

8.      Neither the Plaintiff nor the public will be harmed by a 21-day extension. Plaintiff does not oppose the request, and both the public and the Court will benefit from Defendant having a fulsome opportunity to digest both the Complaint and the cause of action.

9.      Consistent with this adjustment to the responsive pleading deadline, Defendants request that the Scheduling Conference also be adjusted so that the parties can focus on responsive pleadings before turning to case management. A similar 21-day extension applied to the Scheduling Conference and all related deadlines would result in a conference on or around August 27, 2026.

10.      This is the first request for an extension Defendants have made in this case. D.C.COLO.LCivR 6.1(b).

11.      Under D.C.COLO.LCivR 6.1(c), a copy of this motion is being served contemporaneously on the named Defendants.

Accordingly, Defendants respectfully request a 21-day extension of time to respond to the Complaint, up to and including June 29, 2026, and a similar extension applied to the Scheduling Conference and all related deadlines under Fed. R. Civ. P. 16 and 26.

Respectfully submitted this 1st day of June, 2026,

PHILIP J. WEISER
Attorney General

/s/ Peter G. Baumann

*Peter G. Baumann*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
Telephone:  720.508.6152
Email: peter.baumann@coag.gov

*Attorney for Defendants*

3