IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01950-KAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STATE OF COLORADO,
COLORADO DEPARTMENT OF PUBLIC SAFETY,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on the **Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction** [#16] (the "Consent/Non-Consent Form"). This case was assigned to a United States Magistrate Judge pursuant to D.C.COLO.LCivR 40.1(c). The signed Consent/Non-Consent Form [#16] indicates that at least one party has declined to consent. Accordingly,

IT IS HEREBY **ORDERED** that this case shall be assigned to a District Judge under D.C.COLO.LCivR 40.1(c)(8) and D.C.COLO.LCivR 40.1(a).

Dated: June 1, 2026