IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01950-SKC-KAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STATE OF COLORADO,
COLORADO DEPARTMENT OF PUBLIC SAFETY,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

      This matter is before the Court sua sponte. This case is related to an earlier filed case, *United States v. City and County of Denver*, 2026-cv-01929-SKC-KAS. After consultation with District Judge Crews and Magistrate Judge O'Hara, and with the approval of Chief Judge Domenico pursuant to D.C.COLO.LCivR 40.1(a),

      IT IS HEREBY **ORDERED** that, pursuant to D.C.COLO.LCivR 40.1(d)(4)(B), the Clerk of Court shall reassign this case, No. 26-cv-01950-SKC-KAS, to Magistrate Judge O'Hara as the referral judge.

      Dated: June 29, 2026