**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:26-cv-01950-SKC-TPO**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

STATE OF COLORADO, and
COLORADO DEPARMENT OF PUBLIC SAFETY,

     Defendants.

---

**UNOPPOSED MOTION FOR PAGE EXTENSION BY THE UNITED STATES OF
AMERICA**

---

Pursuant to SKC Civ. Practice Standard 10.1(c)(5), Plaintiff United States of America moves for a 15-page extension to file a 30-page Reply to Defendants State of Colorado and the Colorado Department of Public Safety (collectively "Defendants") Motion to Dismiss. Defendants do not object to the requested relief. Plaintiff submits that there is good cause for granting the requested relief:

1.     Defendants have filed a thirty-page Motion to Dismiss pursuant to Federal Rules of Civil Procedure Rule 12(b)(1) and Rule 12(b)(6). In their Motion to Dismiss, Defendants raise a number of novel defenses to Plaintiff's use of 34 U.S.C. § 12601, the statute under which Plaintiff has brought this suit. Plaintiff requires the additional pages in order to effectively reply to Defendants' arguments.

2.      Plaintiff is endeavoring to address Defendants' motion as efficiently as possible, and Plaintiff respectfully requests authority to file a thirty-page Response to Defendants' Motion to Dismiss and accordingly request a 15-page extension of the normal limitations.

3.      Plaintiff has conferred with counsel for Defendants who indicated that they do not object to the requested relief. In addition, Defendants indicate in their Motion for Page Extension that they similarly do not oppose this request. *See* Unopposed Motion for Page Extension by State of Colorado and Colorado Department of Public Safety, ECF no. 24, at 2.

4.      For good cause shown, the Court should grant the motion and permit Plaintiff to file a thirty-page Response to Defendants' Motion to Dismiss.

DATED: July 10, 2026

Respectfully submitted:

HARMEET K.  DHILLON
Assistant Attorney General
Civil Rights Division

JESUS OSETE
Principal Deputy Assistant Attorney General

R.  JONAS GEISSLER
Deputy Assistant Attorney General

BARRY K. ARRINGTON
Acting Chief
Second Amendment Section

*/s/ Patrick Todd*
_____
PATRICK TODD
Trial Attorney
Second Amendment Section
PATRICK TODD
WILLIAM J.  HANRAHAN
Trial Attorneys
Second Amendment Section

United States Department of Justice

950 Pennsylvania Avenue, NW
Washington, D.C.  20530
Telephone:(202) 304-8447
E-Mail: barry.arrington@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA