## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01950-SKC-TPO

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STATE OF COLORADO, and
COLORADO DEPARTMENT OF PUBLIC SAFETY.

      Defendants.

---

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME
## TO FILE REPLY BRIEF

---

Defendants the State of Colorado and the Colorado Department of Public Safety respectfully request a 10-day extension of time to file a reply brief in support of Defendants' Motion to Dismiss (ECF No. 30). As good cause, Defendants state:

1. Consistent with D.C.Colo.LCivR 7.1(a), Defendants conferred with Plaintiff's counsel concerning the relief requested in this motion. Plaintiff's counsel indicated that Plaintiff does not oppose the requested relief.

2. Plaintiff filed this action on May 6, 2026 (ECF No. 1). Defendants filed a dispositive Motion to Dismiss under Rules 12(b)(1) and 12(b)(6) on June 30, 2026 (Dkt. No. 30), which Plaintiff opposed (Dkt. No. 33). Under D.C.Colo.LCivR 7.1(d), Defendants' reply brief is due on Tuesday, August 4, 2026.

3.      The Complaint employs a novel use of 34 U.S.C. § 12601 to challenge a state law that was enacted in 2013 and has been in effect since then. *See* Colo. Rev. Stat. § 18-12-302. The Complaint does not seek preliminary relief.

4.      Defendants respectfully request a 10-day extension of time to August 14, 2026, to reply in support of their Motion to Dismiss and thereby respond to Plaintiff's arguments pertaining to the novel use of the statute.

5.      Undersigned counsel have several personal and professional obligations over the next few weeks that necessitate such an extension. Mr. Bauman must complete briefing and argument on a motion for a preliminary injunction in *Republican National Committee v. Griswold*, 2026CV32338 (Denver Dist. Ct.); conduct a motions hearing on August 5, 2026, in *Association of Home Appliance Manufacturers v. Weiser*, 1:25-cv-02417-SKC-KAS (D. Colo.); and file reply briefs in support of a motions to dismiss in *Oak Point Partners v. Colo. Dept of the Treasury*, 2026CV31260 (Denver Dist. Ct.) and *Brooks v. DraftKings et al.*, 26-cv-01692-SKC-STV (D. Colo.). Mr. Podesta has argument on July 31, 2026, on a motion for preliminary injunction in *Geo Group, Inc. v. Ryan et al.*, 26-cv-02533-DDD-SBP (D. Colo.), and prescheduled military leave on August 5 and 6, 2026. Mr. Wolter must complete supplemental briefing ordered in *Colorado v. U.S. Department of Health and Human Services*, 1:25-cv-00121 (D. R.I.) and briefing in *State of Maryland v. United States Department of Education* (1:26-cv-10957) (D. Md.)

6.      Neither the Plaintiff nor the public will be harmed by a 10-day extension. Plaintiff does not oppose the request, and both the public and the Court will benefit from Defendant having a fulsome opportunity to reply to Plaintiff's arguments.

2

7.      This is the second request for an extension Defendants have made in this case. D.C.Colo.LCivR 6.1(b). Defendants previously sought a 21-day extension to respond to the Complaint (ECF No. 17), which the Court granted (ECF No. 21).

8.      Under D.C.Colo.LCivR 6.1(c), a copy of this motion is being served contemporaneously on the named Defendants.

Accordingly, Defendants respectfully request a 10-day extension of time to file a reply brief in support of their Motion to Dismiss the Complaint, up to and including August 14, 2026.

Respectfully submitted this 29th day of July, 2026,

PHILIP J. WEISER
Attorney General

/s/ Gabe Podesta
_____

*Gabe Podesta*
Senior Assistant Attorney General
*Peter G. Baumann*
Senior Assistant Attorney General
*Samuel Wolter*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
Telephone:  720.508.6152
Email: gabe.podesta@coag.gov

*Attorneys for Defendants*

3