IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01950-SKC-TPO

United States of America,

Plaintiff,

v.

State of Colorado, Colorado Department of Public Safety,

Defendants.

---

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO STAY DISCOVERY [ECF NO. 39]**

---

Defendants submit this notice of supplemental authority in support of their Motion to Stay Discovery [ECF No. 39]. Last week, another court in this district granted an Opposed Motion to Stay Proceedings in a similar challenge to several local jurisdictions' large-capacity magazine and assault weapon restrictions. *Rocky Mountain Gun Owners v. Town of Superior*, Minute Order, No. 22-cv-02680-NYW-TPO (D. Colo. Aug. 28, 2026), *attached as* Exhibit A. The Order is relevant to Defendants' argument that a stay is warranted because the Supreme Court's forthcoming decisions in *Viramontes v. Cook County*, No. 25-238 (U.S.) and *Grant v. Higgins*, No. 25-566 (U.S.), are "likely to provide critical guidance in a hotly contested area that will significantly affect discovery in this case" at pages 10-12 of Defendants' Motion. It also adds to the list of cases stayed pending *Viramontes* and *Grant* at Page 11 of Defendants' Motion.

Dated: August 31, 2026

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General of Colorado

/s/ Peter G. Baumann
David Moskowitz
*Deputy Solicitor General*
Peter G. Baumann, *Senior Assistant Attorney General*
Gabe Podesta, *Senior Assistant Attorney General*
Sam Wolter, *Assistant Attorney General*
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Carmen Van Pelt
Carmen Van Pelt