**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 2026-cv-1950-KAS**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF COLORADO, and
COLORADO DEPARMENT OF PUBLIC SAFETY,

Defendants.

---

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

---

Plaintiff United States of America submits this Response to the Court's Order to Show Cause. *See* ECF no. 46. Plaintiff agrees that this case should be consolidated with *USA v. City and County of Denver, Colorado, et al.*

DATED: October 23, 2026

Respectfully submitted:

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

R. JONAS GEISSLER
Deputy Assistant Attorney General

*/s/ Patrick Todd*
PATRICK TODD
Trial Attorney
Second Amendment Section

BARRY K. ARRINGTON

Chief
Second Amendment Section

MARK HELLIE
PATRICK TODD
AUSTIN ARTZ
Trial Attorneys
Second Amendment Section

United States Department of Justice
150 M Street NE
Washington, D.C. 20002
Telephone: (202) 805-8120
E-Mail: patrick.todd@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Patrick Todd*

______________________
Patrick Todd